Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
*Attorneys for Defendant MRS BPO, LLC*
155 E. 44th Street, 5th Floor, Suite 142
New York, New York 10017
Tel: 212-922-9483
Alex@winstonandwinston.com


-------------------------------------------------------------X

| | |
|---|---|
| BRANDI DEPTULA, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION - CAMDEN COUNTY |
| Plaintiff, | |
| | DOCKET NO.: CAM-L-003139-20 |
| v. | |
| | **NOTICE OF FILING NOTICE OF** |
| MRS BPO, LLC, | **REMOVAL** |
| Defendant. | |

-------------------------------------------------------------X

Defendant MRS BPO, LLC ("MRS"), hereby gives notice that it removed Plaintiff's claim

to the United States District Court for the District of New Jersey.  A copy of the Notice of Removal

filed with the federal court is attached hereto.  In addition, MRS served the Notice of Removal

upon the Plaintiff.

Federal law requires that this Court "proceed no further unless and until the case is

remanded." 28 U.S.C. § 1446(d).

Date:   New York, New York
        November 9, 2020                      s/ Aleksander Powietrzynski
                                               Aleksander Powietrzynski
                                               WINSTON & WINSTON, PC.
                                               *Attorneys for Defendant MRS BPO, LLC*
                                               155 E. 44th Street, 5th Floor, Suite 142
                                               New York, New York 10017
                                               Telephone: (212) 922-9483
                                               Facsimile: (212) 922-9484
                                               *Email: Alex@winstonandwinston.com*

1