Andrew T. Thomasson, Esq.
Alla Gulchina, Esq.
THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07081
(973) 312-0774

*Attorneys for Plaintiff, Brandi Deptula*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDI DEPTULA,<br><br>　　　　　　　　Plaintiff,<br><br>*vs.*<br><br>MRS BPO LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-15689-RBK-KMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

Plaintiff, Brandi Deptula, hereby gives notice of dismissal of this action.

Respectfully submitted,

*s/ Andrew T. Thomasson*

Dated: April 2, 2021　　　　　　Andrew T. Thomasson

Alla Gulchina, Esq.
THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07081
Andrew@Thomassonpllc.com
Alla@Thomassonpllc.com

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i),

it is hereby ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE without

costs to either side.

Dated: 4/8/2021                                                          /s/ Robert B. Kugler
                                                                        ROBERT B. KUGLER
                                                                        United States District Judge